RYAN L. DENNETT, ESQ.
Nevada Bar No. 005617
rdennett@dennettwinspear.com
**DENNETT WINSPEAR, LLP**
3301 N. Buffalo Drive, Suite 195
Las Vegas, Nevada 89129
Telephone: (702) 839-1100
Facsimile: (702) 839-1113
*Attorneys for Defendant,*
*Progressive Casualty Insurance*
*Company, dba Progressive Insurance*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| MARITZA COLMENARES,<br><br>                             Plaintiff,<br>vs.<br><br>PROGRESSIVE CASUALTY INSURANCE COMPANY, dba PROGRESSIVE INSURANCE, a foreign corporation; DOES I through X; ROE CORPORATIONS I through X,<br><br>                             Defendants. | Case No: 2:18-cv-00175-GMN-VCF<br><br>**STIPULATION AND ORDER TO REMAND MATTER TO STATE COURT** |

      IT IS HEREBY STIPULATED by and between counsel for Plaintiff, MARITZA COLMENARES, and counsel for Defendant, PROGRESSIVE CASUALTY INSURANCE COMPANY, dba PROGRESSIVE INSURANCE, that the total value of Plaintiff's claims against Defendants, to include contractual damages, extracontractual damages, compensatory damages and punitive damages does not exceed $75,000.00.

      Plaintiff further stipulates that in no event, in any forum, will Plaintiff seek damages in excess of $75,000.00 against Defendants. In the event that a verdict, judgment or other resolution is entered in an amount in excess of $75,000.00, to include all potential claims, causes of action, and categories of recovery against Defendants, Plaintiffs immediately agree to allow a Remititur to be entered for an amount not in excess of 75,000.00.

      Based upon the Stipulation that that this case does not have a value in excess of $75,000.00, the parties, through their counsel, further stipulate that this matter may be

Remanded from U.S. District Court to Nevada State Court, to be returned to State Court Case No. A-18-767068-C. The parties stipulate that all Federal Court proceedings associated with the above-captioned Federal Court case number may be dismissed.

DATED: 3/2/2018                                              DATED: 3/2/2018

**HICKS & BRASIER, PLLC**                        **DENNETT WINSPEAR, LLP**

By  /s/ Scott E. Philippus                              By  /s/ Ryan L. Dennett
SCOTT E. PHILIPPUS, ESQ.                       RYAN L. DENNETT, ESQ.
Nevada Bar No. 13223                                Nevada Bar No. 005617
4101 Meadows Lane, Suite 210                3301 N. Buffalo Drive, Suite 195
Las Vegas, Nevada 89107                         Las Vegas, Nevada 89129
Telephone: (702) 628-9888                       Telephone: (702) 839-1100
Facsimile: (702) 960-4118                         Facsimile: (702) 839-1113
*Attorneys for Plaintiff,*                                *Attorneys for Defendant, Progressive Casualty*
*Maritza Colmenares*                                *Insurance Company, dba Progressive Insurance*

**Submitted by:**

**DENNETT WINSPEAR, LLP**


By  /s/ Ryan L. Dennett
RYAN L. DENNETT, ESQ.
Nevada Bar No. 005617
3301 N. Buffalo Drive, Suite 195
Las Vegas, Nevada 89129
Telephone: (702) 839-1100
Facsimile: (702) 839-1113
*Attorneys for Defendant,*
*Progressive Casualty Insurance*
*Company, dba Progressive Insurance*

**ORDER**

IT IS SO ORDERED.

Dated this  5  day of March, 2018.

_____
Gloria M. Navarro, Chief Judge
UNITED STATES DISTRICT COURT